IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC GORMLY AND LEAH GORMLY, | § | NO. 14-35314-bjh |
| | § | |
| DEBTORS | § | |
| | § | |

## MOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Allen Landerman and Allen Landerman, P.C., enter their appearance as counsel of record for

Real Estate Arbitrage Partners, LLC, and request notice of all filings.

Respectfully submitted,

ALLEN LANDERMAN, P.C.

___/s/ Allen Landerman _____
Allen Landerman
State Bar No. 11863400
6211 West Northwest Hwy., Ste. C253C&D
Dallas, Texas 75225
469-287-7211
888-868-3979 Facsimile
Allen@alpclaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been sent to all parties

and counsel of record in accordance with the Federal Rules.

On November 5, 2014.

___/s/ Allen Landerman _____

Allen Landerman