BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: Eric Kevin Gormly and Leah Marie Gormly
Debtor(s)

Case No.: 14-35314-bjh13

**FILED**
NOV 05 2014
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

5 Nov 2014
Date

Signature of Debtor

Signature of Joint Debtor (if applicable)

_____
Signature of Attorney (if applicable)

1505
Debtor's Social Security (last four digits only) / Tax ID No.

8077
Joint Debtor's Social Security (last four digits only) / Tax ID No.

Internal Revenue Service
Department of the Treasury
PO Box 30309
Memphis, TN 38130-0309


Richardson ISD- Tax Office
970 Security Row
Richardson, TX 75081


Dallas Central Appraisal District
2949 Stemmons Freeway
Dallas, TX 75247


Dallas County Tax Office
500 Elm Street Records Building
1st Floor
Dallas, TX 75202


Seterus
PO Box 2008
Grand Rapids, MI 49502-2008


Southwest Credit Systems, LP
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958


Texas Medicine Resources
PO Box 8549
Fort Worth, TX 76124-0549

Glaucoma Associates of Texas
PO Box 730475
Dallas, TX  75373-0475

Texas Retina Associates
PO Box 650037
Dallas, TX  75265-0037

Texas Health Presbyterian Hospital Dallas
PO Box 910115
Dallas, TX  75391-0115

Doctor's Reporting Service of Texas, Inc.
800 East Campbell Road
Suite 399
Richardson, TX  75081

Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA  18002-6314

JP MorganChase Bank, N.A.
PO Box 659754
San Antonio, TX  78265-9754

ICA Collections
Laboratory Corporation of America
PO Box 2240
Burlington, NC  27216-2240

Retrieval Masters Creditor Bureau, Inc.
4 Westchester Plaza
Suite 110
Elmsford, NY  10523


American Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY  10523


FMS, Inc.
PO Box 707601
Tulsa, OK  74170-7601


FMS Investment Corp.
PO Box 1423
Elk Grove Village, IL  60009-1423


Williams and Fudge, Inc.
For PNC Bank
300 Chatham Ave.
PO Box 11590
Rock Hill, SC  29731-1590


Northland Group, Inc.
PO Box 390846
Minneapolis, MN  55439


Enhanced Recovery Company, LLC
PO Box 23870
Jacksonville, FL  32243-3870

Balanced Healthcare Receivables, LLC
For Quest Diagnostics
164 Burke Street
Suite 201
Nashua, NH 03060


Laboratory Corporation of America
PO Box 2230
Burlington, NC 27216


Van Ru Credit Corporation
PO Box 1027
Skokie, IL 60076-1027


Linz and Chandler
400 Katy Building
701 Commerce Street
Dallas, TX 75202-4599


ProCollect Inc.
PO Box 550369
Dallas, TX 75355-0369


GoMow.com
101 South Coit
Suite 36 #115
Richardson, TX 75080


North Texas Tollway Authority
PO Box 260928
Plano, TX 75026-0928

MCI
500 Technology Drive
Suite 800
Weldon Spring, MO 63304-2225

Thomson Reuters
610 Opperman Drive
Eagan, MN 55123-1396

On Time Couriers and Process
1700 Pacific Avenue
Suite 1040
Dallas, TX 75201

Asset Acceptance LLC
PO Box 1630
Warren, MI 48090-1630

Asset Acceptance LLC (alternate address)
PO Box 2036
Warren, MI 48090-2036

Credit Collection Srvice
PO Box 9136
Needham, MA 02494-9133

Midland Credit Management / Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL  60015


Zwicker & Associates PC
80 Minuteman Road
PO Box 9013
Andover, MA  01810


Capital Management Service
698 1/2 S. Ogden Street
Buffalo, NY  142062317


Enterprise Recovery Systems
2000 York Road
Suite 114
Oak Brook, IL  60523


West Asset Management, Inc.
For Department Of Education
PO Box 105668
Atlanta, GA  303485668


Factact Free Disclosure
PO Box 1000
Chester, PA  19022


Windham Professionals
For Access Group, Inc.
PO Box 1048
Salem, NH  030791048

Bank Of America
PO Box 982235
El Paso, TX  79998-2235


Chase/Bank One Card Services
PO Box 15298
Wilmington, DE  19850


Access Group Inc.
10 N High St
Suite 400
West Chester, PA  19380


Edfinancial
120 N. Seven Oaks Drive
Knoxville, TN  37922


Fedban Servicing(PHEAA)
PO Box 8184
Harrisburg, PA  17105-8184


U.S. Department of Education
830 FirstSt., NE
Washington, DC  20202-0000


Debt Management and Collections System
U.S. Department Of Education
P.O. Box 5609
Greenville, TX  75403

GC Services, LP
For American Education Services
6330 Gulfton
Houston, TX 77081


AES/SLMA Trust
P.O. Box 61047
Harrisburg, PA 17106


SLC Student Loan Trust
PO Box 15316
Wilmington, DE 19850


Texas Guaranteed Student Loan Corp.
PO Box 83100
Round Rock, TX 78683100


American Education Services
PO Box 2461
Harrisburg, PA 17102461


Deutsche Bank Elt Slm Trusts
11600 Sallie Mae Dve
Reston, VA 20193000


Pennsylvania Higher Education
PO Box 61017
Harrisburg, PA 17106

Richard Wells
6211 W. Northwest Highway
Suite 251
Dallas, Texas  75225


TXU Energy
PO Box 650700
Dallas, TX  75265-0700


Atmos Energy
PO Box 790311
St. Louis, MO  63179-0311


City of Dallas
City Hall, 2D South
Dallas, TX  75277


Time Warner Cable
3301 W. Royal Lane
Irving, TX  75063


Sprint
PO Box 54977
Los Angeles, CA  90054-0977


AT&T
P.O. Box 5093
Carol Stream, IL 60197-5093

Evergreen Medical Billing
2929 Carlisle Street
Suite 260
Dallas, TX  75204


Cornerstone Animal Clinic
11909 Preston Road
Suite 1456
Dallas, TX  75230


State Farm Lloyds
PO Box 799100
Dallas, TX  753799100


United Mechanical
11540 Plano Rd.
PO Box 551206
Dallas, TX  753551206


APS Service
1910 Pacific Ave.
Suite 15650
Dallas, TX  75201


Intel Investigations
1910 Pacific Ave.
Suite 15650
Dallas, TX  75201


Shackelford, Melton & McKinley
3333 Lee Parkway
10th Floor
Dallas, TX 75219