# United States Bankruptcy Court
## Northern District Of Texas

| | | |
|---|---|---|
| In re Eric Kevin and Leah Marie Gormly, Debtors | ) ) ) | Case No. 14-35314 |
| Address   7216 Alto Caro Drive Dallas, Texas   75248 | ) ) ) ) | Chapter 13 |
| Last 4 SSN  -1505             -8077 | ) ) ) | |

FILED

NOV 1 9 2014

TAWANA C. MARSHALL CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

### Motion to Extend Time to Submit Remaining Documentation

Debtors Eric Kevin and Leah Marie Gormly file this Motion to Extend Time, and in support thereof, present the following:

1. Debtors are filing pro se.

2. Debtors filed an emergency Chapter 13 petition on November 3, 2014.

3. The clerk of the court supplied debtors with a deficiency notice that listed items still to be submitted   by November 17, 2014..

4. Debtors have been gathering necessary documentation and transferring all required information into the proper formatting and forms in an effort to comply with the rules of the court.

5. That process is nearly complete, but was not complete by the deadline.

6. Debtors discovered that the debts as stated and categorized in the forms exceeded the limits allowed for filing under Chapter 13, and were uncertain how to address this issue.

7. Debtors have contacted an attorney who specializes in bankruptcy and is accepted to practice before this Court, and will be retaining him for representation in this matter.

8. Extending the deadline would enable a qualified bankruptcy attorney to review Debtors' case and to deal with this matter effectively and competently from this point on.

9. If this matter is dismissed, foreclosure and other collection activities will resume.

10. Debtors lack the resources to afford the combined cost of refiling this petition and retaining the attorney, and this would place an even greater financial hardship on Debtors.

For these reasons, Debtors respectfully request this Court extend the time to submit supporting documentation for an additional 14 days to enable legal counsel to become familiar with the case, and ensure all documentation complies with the rules of this Court.

Respectfully submitted,


Eric Kevin Gormly
Debtor, Filing Pro Se

19 Nov 2014
Date


Leah Marie Gormly
Debtor, Filing Pro Se

Nov. 19, 2014
Date