

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2014**

**United States Bankruptcy Judge**

_____

BTXN 218 (rev. 08/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Eric Kevin Gormly § Case No.: 14−35314−bjh13
Leah Marie Gormly § Chapter No.: 13
        Debtor(s) §

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) in the above−entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s) in this case is extended to December 4, 2014.

# # # End of Order # # #