

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2014**

**United States Bankruptcy Judge**

_____

BTXN 218 (rev. 08/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Eric Kevin Gormly § Case No.:  14−35314−bjh13
Leah Marie Gormly § Chapter No.:  13
  Debtor(s) §

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) in the above−entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s) in this case is extended to December 4, 2014.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
Eric Kevin Gormly  
Leah Marie Gormly  
     Debtors

Case No. 14-35314-bjh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: jblanco     Page 1 of 1     Date Rcvd: Dec 01, 2014  
                            Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2014.  
db          +Eric Kevin Gormly,    7216 Alto Caro Drive,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2014 at the address(es) listed below:  
        Allen Landerman    on behalf of Creditor    Real Estate Arbitrage Partners, LLC allen@alpclaw.com  
        Thomas Powers    cmecf@dallasch13.com  
        United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov  
                                                                                                                                              TOTAL: 3