WILLIAM F. RITTER, IV
Campbell Centre I – North Tower
8350 North Central Expressway
Suite 1310
Dallas, Texas 75206-1639
(214) 724-5364 (telephone)
(214) 373-3455 (facsimile)
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC KEVIN GORMLY AND
LEAH MARIE GORMLY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-35314-BJH-13 |
| **ERIC KEVIN GORMLY AND** | § | |
| **LEAH MARIE GORMLY** | § | |
| | § | |
| **DEBTORS** | § | |

**MOTION TO EXTEND DEADLINES TO FILE SCHEDULES,**
**STATEMENTS AND ALL OTHER DOCUMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Eric Kevin Gormly and Leah Marie Gormly, Debtors, and respectfully present:

I.

This Court has jurisdiction of this issue pursuant to 28 U.S.C. §§ 1334 and 157, 11 U.S.C. § 521, Rule 1007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007.1.

II.

Movants are the Debtors in this case filed under chapter 13 on 11/3/2014. The Trustee assigned to this case is Thomas Powers. Debtors previously sought an extension of time to file schedules, statements, and other documents which this Court granted to 12/4/2014. The First Meeting of Creditors is scheduled 12/18/2014.

III.

The Debtors retained the services of the undersigned attorney on 12/5/2014. The Debtors and their attorney need additional time to obtain and review all the documentation required to prepare and file all lists, schedules, and other documents not already filed with this Court.

IV.

Debtors and Debtors' attorney request extension of all deadlines by seven (7) days to 12/11/2014. The extension requested is six (6) days prior to the first meeting of creditors scheduled with the Chapter 13 Trustee.

V.

There has been no appointment of examiner or committee. If the Court so requires, Debtors will provide Notice of Extension to File Schedules and Statements to the Chapter 13 Trustee, the United States Trustee, and other party as the Court may direct.

WHEREFORE, PREMISES CONSIDERED, Eric Kevin Gormly and Leah Marie Gormly, Debtors, pray this Court allow an extension of time to file deficiency schedules, statements, documents and a Chapter 13 Plan and Authorization for Pre-Confirmation Disbursements to 12/11/2014.

DATED this the 5th day of December, 2014.

Respectfully submitted,

WILLIAM F. RITTER, IV
Campbell Centre I – North Tower
8350 North Central Expressway
Suite 1310
Dallas, Texas 75206-1639
(214) 724-5364 (telephone)
(214) 373-3455 (facsimile)


/s/ William F. Ritter, IV
WILLIAM F. RITTER, IV
SBN 16955500
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC KEVIN GORMLY AND
LEAH MARIE GORMLY

**MOTION TO EXTEND DEADLINES TO FILE SCHEDULES, STATEMENTS, AND ALL OTHER DOCUMENTS - Page 2**