

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 6, 2014**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY AND | § | CASE NO. 14-35314-BJH-13 |
| LEAH MARIE GORMLY | § | |
| | § | |
| **DEBTORS** | § | |

### ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES

Came for consideration before this Court the Debtors' Request to Extend Deadline to File Schedules, Statements, and Documents. The Court finds that there is good cause for the relief requested and the motion shall be GRANTED.

IT IS THEREFORE ORDERED that the deadline to file Schedules, Statements, Documents, Chapter 13 Plan and Authorization for Pre-confirmation Disbursements shall be extended to 12/11/2014.

# # # END OF ORDER # # #