## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
125 E John Carpenter Freeway
Suite 1100 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtors:**  ERIC KEVIN & LEAH MARIA GORMLY
**Date:**  12/08/2014
**Case #:**  14-35314-BJH-13        **1st Payment Date:**  12/03/2014

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtors and Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reasons(s):

( X ) Debtors failed to file the following documents required by Sections 521(a)(1) and/or 521(b) of the Bankruptcy Code within 14 days of the filing of the Petition date (See also Paragraph 3a of General Order 2010-01below):

- ( X ) Debtors' Statement of Financial Affairs was not filed within 14 days of the Petition Date.

- ( X ) Copies of all payment advices or other evidence of payment received within 60 days before the filing of the Petition, by the debtor from any employer of the debtor.

- ( X ) A statement of the amount of monthly net income, itemized to show how the amount is calculated.

- ( X ) Certificate of Pre-Petition credit counseling from an approved nonprofit budget counseling agency and if a debt repayment plan was created during credit counseling, a copy of such plan.

General Order 2010-01 Section 3 provides:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

a. The Debtor did not file all documents required by Sections 521(a)(1) and 521(b) of the Bankruptcy Code Within 14 days of the Petition Date, unless within such time the Debtor filed a motion to extend such time; or

b. The Debtor did not file with the petition or serve on all scheduled creditors (or to be scheduled creditors if the schedules have not yet been filed), a Plan as required by Section 1321 of the Bankruptcy Code and Fed. R. Bankr. P. 3015(b) and an Authorization for Adequate Protection Disbursement as required herein on forms prescribed by the Trustee within 14 days of the Petition Date, unless within such time(s) the Debtor filed with the Clerk and served on all scheduled creditors (or to be scheduled creditors) a motion to extend such time(s);

Case No: 14-35314-BJH-13
Debtor Name: ERIC KEVIN & LEAH MARIA GORMLY
Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal, Page 2

**This case is subject to dismissal 7 days from the filing of this notice with the Court. If the above paperwork has already been filed, please fax a copy to the the Trustee's Office at (214) 965-0754 to avoid dismissal of the case. Pursuant to Section 3, Paragraph b of General Order 2010-01, a copy of the paperwork must be served on the Trustee. This Notice of Intent will not be withdrawn unless the requested paperwork is received.**

## Certificate of Service

Mailed herein to the named Debtors and Debtors' Attorney at the address listed below on December 08, 2014


By:  Rosalyn Swindell
     125 E John Carpenter Freeway, Suite 1100 11Th Floor, Irving, TX  75062
     (214) 855-9200

Debtors:     Eric Kevin & Leah Maria Gormly, 7216 Alto Caro Drive, Dallas, Tx  75248
Creditor(s): Allen Landerman Pc, 6211 West Northwest Hwy, Ste C253C D, Dallas, Tx  75225
             County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207**
             Richardson Isd, Perdue Brandon Fielder Et Al, 500 E Border St, Ste 640, Arlington, Tx  76010

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.