**Office of the Standing Chapter 13 Trustee**
**125 E John Carpenter Freeway**
**Suite 1100 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
**ERIC KEVIN & LEAH MARIA GORMLY**  
Debtors

Case No:  14-35314-BJH-13

Hearing Date:  01/22/2015

## Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **01/22/2015** at 125 E John Carpenter Freeway, Suite 1100 11th Floor, Irving, TX 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

Debtors:   ERIC KEVIN GORMLY & LEAH MARIA GORMLY, , 7216 ALTO CARO DRIVE, DALLAS, TX  75248
Attorney:  PRO SE, ACTING AS OWN ATTORNEY,
Court:     CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242
Trustee:   TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
Case # 14-35314-BJH-13
**ERIC KEVIN & LEAH MARIA GORMLY**

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtors:  ERIC KEVIN & LEAH MARIA GORMLY, 7216 ALTO CARO DRIVE, DALLAS, TX  75248

Creditors:  ACCESS GROUP INC, 10 N HIGH ST STE 400, WEST CHESTER, PA  19380
AES SLMA TRUST, PO BOX 61047, HARRISBURG, PA  17105
ALLEN LANDERMAN PC, 6211 WEST NORTHWEST HWY, STE C253C D, DALLAS, TX  75225
AMERICAN EDUCATION SERVICES, PO BOX 2461, HARRISBURG, PA  17105-2461
AMERICAN INFOSOURCE LP, TEXAS HEALTH RESOURCES, PO BOX 248838, OKLAHOMA CITY, OK  73124-8838**
AMERICAN MEDICAL COLLECTION AGENCY, 4 WESTCHESTER PLAZA, SUITE 110, ELMSFORD, NY  10523
APS SERVICE, 1910 PACIFIC AVE, STE 15650, DALLAS, TX  75201
ASSET ACCEPTANCE LLC, PO BOX 1630, WARREN, MI  48090
ASSET ACCEPTANCE LLC, PO BOX 2036, WARREN, MI  48090
AT & T, PO BOX 5093, CAROL STREAM, IL  60197
ATMOS ENERGY, PO BOX 790311, ST LOUIS, MO  63179
BALANCED HEALTHCARE RECEIVABLES, 164 BURKE STREET STE 201, NASHUA, NH  03060
BANK OF AMERICA, PO BOX 982235, EL PASO, TX  79998
CAPITAL MANAGEMENT SERVICES, 698 1-2 SOUTH OLDEN STREET, BUFFALO, NY  14206
CHASE, PO BOX 15298, WILMINGTON, DE  19850
CITY OF DALLAS, 1500 MARILLA 3E NORTH, DALLAS, TX  75201
CORNERSTONE ANIMAL CLINIC, SBB MANAGEMENT, 11909 PRESTON RD STE 1456, DALLAS, TX  75230
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**
CREDIT COLLECTION SERVICE, PO BOX 9136, NEEDHAM, MA  02494-9133
DALLAS CENTRAL APPRAISAL DIST, 2949 N STEMMONS FRWY, DALLAS, TX  75247-6195
DEBT MANAGEMENT AND COLLECTIONS SYSTEM, US DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX  75403
DEUTSCHE BANK ELT, 11600 SALLIE MAE AVE, RESTON, VA  20193
DISCOVER STUDENT LOANS, JPMORGAN CHASE LB PROCESSING-, DISCOVER SLC LB 28257, 4 CHASE METRO TECH CTR 7TH FLOOR EAST, BROOKLYN, NY  11245
DISCOVER STUDENT LOANS, PO BOX 30925, SALT LAKE CITY, UT  84130
DOCTORS REPORTING SERVICES OF TEXAS, 800 EAST CAMPBELL ROAD SUITE 399, RICHARDSON, TX  75081
EDFINANCIAL, 120 N SEVEN OAKS D, KNOXVILLE, TN  37922
ENHANCED RECOVERY, PO BOX 23870, JACKSONVILLE, FL  32241-3870
ENTERPRISE RECOVERY SYSTEMS IN, 2000 YORK ROAD, SUITE 114, OAKBROOK, IL  60523
EVERGREEN MEDICAL BILLING, 2929 CARLISLE ST, DALLAS, TX  75204
FACTACT FREE DISCLOSURE, PO BOX 1000, CHESTER, PA  19022
FEDLOAN SERVICING, ATTN: BANKRUPTCY DEPT, PO BOX 69184, HARRISBURG, PA  17106-9184
FMS INC, PO BOX 707600, TULSA, OK  74170
FMS INVESTMENT CORP, PO BOX 1423, ELK GROVE VILLAGE, IL  60009
GC SERVICE, 6330 GULFTON, HOUSTON, TX  77081
GLAUCOMA ASSOCIATES OF TEXAS, PO BOX 730475, DALLAS, TX  75373-0475
GOMOW COM, 101 SOUTH COIT STE 36 NO 115, RICHARDSON, TX  75080
ICA COLLECTIONS, PO BOX 2240, BURLINGTON, NC  27216
INTEL INVESTIGATIONS, 1910 PACIFIC AVE, STE 15650, DALLAS, TX  75201
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**
JPMORGAN CHASE BANK NA, PO BOX 659754, SAN ANTONIO, TX  78265
LAB CORP OF AMERICA, PO BOX 2230, BURLINGTON, NC  27216
LINZ AND CHANDLER, 400 KATY BUILDING 701 COMMERCE ST, DALLAS, TX  75202
MCI, 500 TECHNOLOGY DR STE 820, WELDON SPRING, MO  63304
MIDLAND CREDIT MANAGEMENT INC, ASSET ACCEPTANCE LLC, PO BOX 2036, WARREN, MI  48090

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
Case # 14-35314-BJH-13
**ERIC KEVIN & LEAH MARIA GORMLY**

NATIONWIDE CREDIT INC, PO BOX 26314, LEHIGH VALLEY, PA 18002-6314
NORTH TEXAS TOLLWAY AUTHORITY, PO BOX 260928, PLANO, TX 75026
NORTHLAND GROUP, PO BOX 390846, MINNEAPOLIS, MN 55439
ON TIME COURIERS AND PROCESS, 1700 PACIFIC AVE STE 1040, DALLAS, TX 75201
PHEAA, PO BOX 1463, HARRISBURG, PA 17105
PHEAA, PO BOX 8147, HARRISBURG, PA 17105
PROCOLLECT INC, PO BOX 550369, DALLAS, TX 75355
RETRIEVAL MASTERS CREDITORS BUREAU INC, 4 WESTCHESTER PLAZA, SUITE 110, ELMSFORD, NY 10523
RICHARD WELLS, 6211 W NORTHWEST HIGHWAY STE 251, DALLAS, TX 75225
RICHARDSON ISD, 970 SECURITY ROW, RICHARDSON, TX 75081
RICHARDSON ISD, PERDUE BRANDON FIELDER ET AL, 500 E BORDER ST, STE 640, ARLINGTON, TX 76010
SETERUS, PO BOX 2008, GRAND RAPIDS, MI 49501-2008
SHACKELFORD MELTON AND MCKINLE, 3333 LEE PARKWAY, 10TH FLOOR, DALLAS, TX 75219
SLC STUDENT LOAN TRUST, PO BOX 15316, WILMINGTON, DE 19850
SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PKWY, NO 1100, CARROLLTON, TX 75007
SPRINT, PO BOX 54977, LOS ANGELES, CA 90054-0977
STATE FARM LLOYDS, PO BOX 799100, DALLAS, TX 75379-9100
TEXAS HEALTH PRESBYTERIAN, PO BOX 910115, DALLAS, TX 75391
TEXAS MEDICAL RESOURCES, PO BOX 8549, FT WORTH, TX 76124
TEXAS RETINA ASSOCIATES, PO BOX 650037, DALLAS, TX 75265-0037
TGSLC, PO BOX 659602, SAN ANTONIO, TX 78265
TGSLC, PO BOX 83100, ROUND ROCK, TX 78683**
THOMSON REUTERS SHARED SRVCS, ATTN: PAYROLL GARNISHMENTS, 610 OPPERMAN DR, EAGAN, MN 55123
TIME WARNER CABLE, 3301 W ROYAL LN, IRVING, TX 75063-6014
TXU ENERGY, PO BOX 650700, DALLAS, TX 75265-0700
U S DEPARTMENT OF EDUCATION, 830 FIRST STREET NE, UNION CENTER PLAZA, WASHINGTON, DC 20202
UNITED MECHANICAL, 11540 PLANO RD, P O BOX 551206, DALLAS, TX 75355-1206
VAN RU CREDIT CORP, PO BOX 1027, SKOKIE, IL 60076-1027
WEST ASSET MANAGEMENT, PO BOX 105668, ATLANTA, GA 30348-5761
WILLIAMS & FUDGE INC, 300 CHATHAM AVE, PO BOX 11590, ROCK HILL, SC 29731-1590
WINDHAM PROFESSIONALS, PO BOX 1048, SALEM, NH 03079

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 12/10/2014

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700