## Office of the Standing Chapter 13 Trustee

Thomas D. Powers
125 E John Carpenter Freeway
Suite 1100 11Th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**Debtors:** ERIC KEVIN & LEAH MARIA GORMLY
**Date:** 12/10/2014
**Case #:** 14-35314-BJH-13              **1st Payment Date:** 12/03/2014

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

**NOTICE IS HEREBY GIVEN** to the herein named Debtors and Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reason:

( X ) Debtors did not pay to the Trustee the first payment specified in Debtors' Final Plan and Motion for Valuation within 30 days of the petition date.

**FAILURE TO CURE THE DEFICIENCY NOTED ABOVE WITHIN 7 DAYS SHALL SUBJECT THIS PETITION TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.  Payments must be mailed to STANDING CHAPTER 13 TRUSTEE,PO BOX 1958,MEMPHIS, TN 38101-1958 .  PLEASE MAKE THIS PAYMENT WITH CASHIER'S CHECK OR MONEY ORDER.  OUR OFFICE DOES NOT ACCEPT PERSONAL CHECKS.**

General Order 2010-01 , Section 3 provides:

**"DISMISSAL WITHOUT FURTHER NOTICE**. A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsection "a", "b", "c", "d-1", "d-2", "d-3", or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

c.  The Debtor did not pay to the Trustee within 30 days after the petition Date the first Payment specified in the Plan as required by Section 1326(a)(1) of the Bankruptcy Code;

## Certificate of Service

Mailed herein to the Debtors and Debtors' attorney at the addresses listed below on 12/10/2014

By:     Monica Senter

125 E John Carpenter Freeway, Suite 1100 11Th Floor, Irving, TX  75062
(214) 855-9200

Debtors:     Eric Kevin & Leah Maria Gormly, 7216 Alto Caro Drive, Dallas, Tx  75248
Creditor(s):  Allen Landerman Pc, 6211 West Northwest Hwy, Ste C253C D, Dallas, Tx  75225
County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207**
Richardson Isd, Perdue Brandon Fielder Et Al, 500 E Border St, Ste 640, Arlington, Tx  76010

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.