

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 6, 2014**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY AND | § | CASE NO. 14-35314-BJH-13 |
| LEAH MARIE GORMLY | § | |
| | § | |
| DEBTORS | § | |

### ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES

Came for consideration before this Court the Debtors' Request to Extend Deadline to File Schedules, Statements, and Documents. The Court finds that there is good cause for the relief requested and the motion shall be GRANTED.

IT IS THEREFORE ORDERED that the deadline to file Schedules, Statements, Documents, Chapter 13 Plan and Authorization for Pre-confirmation Disbursements shall be extended to 12/11/2014.

# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
Eric Kevin Gormly  
Leah Marie Gormly  
    Debtors

Case No. 14-35314-bjh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: dmoroles     Page 1 of 1     Date Rcvd: Dec 08, 2014  
                    Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2014.  
db        +Eric Kevin Gormly,    7216 Alto Caro Drive,    Dallas, TX 75248-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2014 at the address(es) listed below:  
          Allen Landerman    on behalf of Creditor    Real Estate Arbitrage Partners, LLC allen@alpclaw.com  
          Eboney D. Cobb    on behalf of Creditor    Richardson ISD ecobb@pbfcm.com,  
          ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com  
          Sherrel K. Knighton    on behalf of Creditor    Dallas County Sherrel.Knighton@publicans.com,  
          marcus.coleman@lgbs.com;Candice.Stone@lgbs.com  
          Thomas Powers    cmecf@dallasch13.com  
          United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
          William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com,  
          ecf@ritterlawworks.com  
          William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com,  
          ecf@ritterlawworks.com  
                                                                          TOTAL: 7