WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC KEVIN GORMLY AND LEAH MARIE GORMLY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY AND | § | CASE NUMBER 14-35314-BJH-13 |
| LEAH MARIE GORMLY | § | |
| | § | |
| DEBTOR | § | |

**MOTION TO REINSTATE**

TO THE HONORABLE BARBARA J. HOUSER:

COMES NOW, ERIC KEVIN GORMLY AND LEAH MARIE GORMLY (the "Movants") and brings this Motion to Reinstate Case and in support would respectfully show:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 157 and 11 U.S.C. 350(b) and Federal Rules of Bankruptcy Procedure 9023. This is a core proceeding under Section 157(b)(2)(A).
2. Debtors filed a petition for relief under Title 11 on 11/3/2014.
3. Debtors' case was dismissed on December 12/16/2014 for paperwork.
4. Debtors are prepared to file all required schedule, statements and documents.
5. Debtors request their case be reinstated to allow them to proceed with this case, to pursue discharge, and to pursue all relief that may be available under the bankruptcy code.

WHEREFORE, PREMISES CONSIDERED, Movants pray for:

1. An Order of this Court reinstating this bankruptcy case; and
2. For any and all such other and further relief, both general and specific, to which Movants may be justly entitled.

**MOTION TO REINSTATE**                                                                                                    **Page 1**

Dated this 18th day of December, 2014.

                                                                                       Respectfully submitted,

                                                                         /s/ William F. Ritter, IV
                                                                     WILLIAM F. RITTER, IV
                                                                     Texas SBN 16955500

                                                                    8350 N. Central Expressway,
                                                                    Suite 1310
                                                                    Dallas, Texas 75206-1639
                                                                    T 214.724.5364
                                                                    F 214.373.3455
                                                                    *william@ritterlawworks.com*

                                                                    ATTORNEY FOR DEBTORS
                                                                    ERIC KEVIN GORMLY AND LEAH MARIE GORMLY

## CERTIFICATE OF SERVICE

     On this the 18th day of December, 2014, a true and correct copy of Debtors' Motion to Reinstate was served by United States mail and/or electronic case notification on all creditors and parties in interest as listed on the original mailing matrix filed with this court and all parties requesting notice.

                                                                    /s/ William F. Ritter, IV
                                                                    William F. Ritter, IV