WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC KEVIN GORMLY AND LEAH MARIE GORMLY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC KEVIN GORMLY AND | § | CASE NUMBER 14-35314-BJH-13 |
| LEAH MARIE GORMLY | § | |
| | § | |
| DEBTOR | § | |

**NOTICE OF PRE-HEARING CONFERENCE AND HEARING**

A Pre-Hearing Conference on Debtors' Motion to Reinstate will be held on January 22, 2015 at 8:30 a.m. in the Office of the Chapter 13 Trustee, 125 East John Carpenter Freeway, Suite 1100, Irving, Texas 75062. Any objection not resolved at the Trustee's Pre-Hearing Conference will be heard immediately following the docket call at 2:00 p.m. the same day in the Courtroom of the Honorable Barbara J. Houser, located in the United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom 2, Dallas, Texas 75242.

Respectfully submitted,

 /s/ William F. Ritter, IV
WILLIAM F. RITTER, IV
Texas SBN 16955500
8350 N. Central Expressway, Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214.373.3455
william@ritterlawworks.com

ATTORNEY FOR DEBTORS
ERIC KEVIN GORMLY AND LEAH MARIE GORMLY

**CERTIFICATE OF SERVICE**

     On this the 18th day of December, 2014, a true and correct copy of the foregoing Notice of Pre-Hearing Conference and Hearing was served by United States mail and/or electronic case notification on all creditors and parties in interest as listed on the original mailing matrix filed with this court and all parties requesting notice.

                                                      /s/ William F. Ritter, IV
                                                      William F. Ritter, IV