Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                                          CASE NO:  14-35314-BJH-13
ERIC KEVIN & LEAH MARIA GORMLY
              DEBTORS

**NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE**

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 1100 COMMERCE, ROOM 12-A-24, DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**.  A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Nov 03, 2014 |
| Confirmation Date | NA |
| Disposition | dismissed |
| Date Closed | Dec 16, 2014 |
| # of Months Case was Pending | 2 |
| Amt of unsecured claims discharged without payment * | $0.00 |
| Total Paid by or on behalf of Debtor | $0.00 |
| Less amount Refunded to Debtor | $0.00 |
| **Net Receipts** | **$0.00** |

| | **Principal** | **Interest** |
|---|---|---|
| Total Secured Disbursements | $0.00 | $0.00 |
| Total Priority Disbursements | $0.00 | $0.00 |
| General Unsecured Disbursements | $0.00 | $0.00 |

| | |
|---|---|
| Expenses of Administration ** | $0.00 |
| Disbursements to Creditors | $0.00 |
| **Total Disbursements** | **$0.00** |

* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTENDED TO RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED.  ONLY THE COURT CAN ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS.

** Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

Dated:  12/22/2014                                                                                         /s/ Thomas D. Powers
                                                                                                                    Standing Chapter 13 Trustee
                                                                                                                    By:  Jolene Harris

```
                              United States Bankruptcy Court
                                Northern District of Texas
In re:                                                                    Case No. 14-35314-bjh
Eric Kevin Gormly                                                         Chapter 13
Leah Marie Gormly
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0539-3          User: brielly                Page 1 of 3              Date Rcvd: Dec 23, 2014
                              Form ID: pdf013              Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db/jdb         +Eric Kevin Gormly,    Leah Marie Gormly,    7216 Alto Caro Drive,    Dallas, TX 75248-4209
cr             +Richardson ISD,    % Perdue Brandon Fielder Et Al,    500 E. Border Street,    Suite 640,
                 Arlington, TX 76010-7457
16360753       +AES-SLMA Trust,    P.O. Box 61047,    Harrisburg, PA 17106-1047
16360770       +APS Service,    1910 Pacific Ave.,    Suite 15650,    Dallas, TX 75201-4529
16360747       +Access Group Inc.,    10 N High St,    Suite 400,    West Chester, PA 19380-3014
16360756        American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
16360735        Asset Acceptance LLC -alternate address,    PO Box 2036,    Warren, MI 48090-2036
16360761        Atmos Energy,    PO Box 790311,    St. Louis, MO 63179-0311
16360745      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998-2235)
16360724       +Balanced Healthcare Receivables, LLC,     For Quest Diagnostics,    164 Burke Street,   Suite 201,
                 Nashua, NH 03060-4783
16360740        Capital Management Service,    698 1-2 S. Ogden Street,     Buffalo, NY 14206-2317
16360746       +Chase-Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
16360767       +Cornerstone Animal Clinic,    11909 Preston Road,     Suite 1456,    Dallas, TX 75230-6114
16360757     ++++DEUTSCHE BANK ELT SLM TRUSTS,    11600 AMERICAN DREAM WAY,     RESTON VA 20190-4758
                (address filed with court: Deutsche Bank Elt Slm Trusts,      11600 Sallie Mae Drive,
                 Reston, VA 20193-0000)
16360705       +Dallas Central Appraisal District,    2949 Stemmons Freeway,     Dallas, TX 75247-6195
16393838       +Dallas County,    Linebarger Goggan Blair & Sampson, LLP,     CO Sherrel K. Knighton,
                 2777 N Stemmons Frwy, Suite 1000,     Dallas, TX 75207-2328
16360751       +Debt Management and Collections System,     U.S. Department Of Education,    P.O. Box 5609,
                 Greenville, TX 75403-5609
16360713       +Doctors Reporting Service of Texas, Inc.,     800 East Campbell Road,    Suite 399,
                 Richardson, TX 75081-1862
16360748       +Edfinancial,    120 N. Seven Oaks Drive,    Knoxville, TN 37922-2359
16360723        Enhanced Recovery Company, LLC,    PO Box 23870,     Jacksonville, FL 32241-3870
16360766       +Evergreen Medical Billing,    2929 Carlisle Street,     Suite 260,    Dallas, TX 75204-4068
16360720        FMS Investment Corp.,    PO Box 1423,    Elk Grove Village, IL 60009-1423
16360719        FMS, Inc.,    PO Box 707601,    Tulsa, OK 74170-7601
16360743       +Factact Free Disclosure,    PO Box 1000,    Chester, PA 19016-1000
16360749        Fedloan Servicing -PHEAA,    PO Box 69184,    Harrisburg, PA 17106-9184
16360752       +GC Services, LP,    For American Education Services,     6330 Gulfton,    Houston, TX 77081-1108
16360710        Glaucoma Associates of Texas,    PO Box 730475,     Dallas, TX 75373-0475
16360729       +GoMow.com,    101 South Coit,    Suite 36 No. 115,    Richardson, TX 75080-5743
16360716        ICA Collections,    Laboratory Corporation of America,     PO Box 2240,
                 Burlington, NC 27216-2240
16360771       +Intel Investigations,    1910 Pacific Ave.,    Suite 15650,    Dallas, TX 75201-4529
16360715        JP Morgan Chase Bank, N.A.,    PO Box 659754,    San Antonio, TX 78265-9754
16360725       +Laboratory Corporation of America,    PO Box 2230,     Burlington, NC 27216-2230
16360727        Linz and Chandler,    400 Katy Building,    701 Commerce Street,     Dallas, TX 75202-4599
16360731        MCI,    500 Technology Drive,    Suite 800,    Weldon Spring, MO 63304-2225
16407670       +Midland Credit Management, Inc.,    as agent for MIDLAND FUNDING LLC,     PO Box 2011,
                 Warren, MI 48090-2011
16394782       +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,     PO Box 2036,
                 Warren, MI 48090-2036
16360714        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
16360730        North Texas Tollway Authority,    PO Box 260928,     Plano, TX 75026-0928
16360722       +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
16360733       +On Time Couriers and Process,    1700 Pacific Avenue,     Suite 1040,    Dallas, TX 75201-7487
16378382       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
16360758       +Pennsylvania Higher Education,    PO Box 61017,     Harrisburg, PA 17106-1017
16360728        ProCollect Inc.,    PO Box 550369,    Dallas, TX 75355-0369
16400424       +RICHARDSON ISD,    CO PERDUE BRANDON FIELDER ET AL,     500 E. BORDER ST. SUITE 640,
                 ARLINGTON TX 76010-7457
16360759       +Richard Wells,    6211 W. Northwest Highway,    Suite 251,    Dallas, Texas 75225-3460
16360704       +Richardson ISD Tax Office,    970 Security Row,     Richardson, TX 75081-2234
16360754       +SLC Student Loan Trust,    PO Box 15316,    Wilmington, DE 19850-5316
16360707        Seterus,    PO Box 2008,    Grand Rapids, MI 49501-2008
16360772       +Shackelford, Melton & McKinley,    3333 Lee Parkway,     10th Floor,    Dallas, TX 75219-5139
16360768        State Farm Lloyds,    PO Box 799100,    Dallas, TX 75379-9100
16360709        Texas Medicine Resources,    PO Box 8549,    Fort Worth, TX 76124-0549
16360711        Texas Retina Associates,    PO Box 650037,    Dallas, TX 75265-0037
16360732        Thomson Reuters,    610 Opperman Drive,    Eagan, MN 55123-1396
16360750       +U.S. Department of Education,    830 First St., NE,     Washington, DC 20202-0004
16360769        United Mechanical,    11540 Plano Rd.,    PO Box 551206,    Dallas, TX 75355-1206
16360726       +Van Ru Credit Corporation,    PO Box 1027,    Skokie, IL 60076-8027
16360742        West Asset Management, Inc.,    For Department Of Education,     PO Box 105668,
                 Atlanta, GA 30348-5668
16360721        Williams and Fudge, Inc.,    For PNC Bank,    300 Chatham Ave.,    PO Box 11590,
                 Rock Hill, SC 29731-1590
16360744        Windham Professionals,    For Access Group, Inc.,     PO Box 1048,    Salem, NH 03079-1048
```

```
District/off: 0539-3           User: brielly               Page 2 of 3                   Date Rcvd: Dec 23, 2014
                               Form ID: pdf013             Total Noticed: 80


16360739      +Zwicker & Associates PC,    80 Minuteman Road,    PO Box 9013,    Andover, MA 01810-0913
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16360765       E-mail/Text: g17768@att.com Dec 23 2014 22:34:44     AT & T,    P.O. Box 5093,
                Carol Stream, IL   60197-5093
16359966       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2014 22:39:26
                American InfoSource LP as agent for,    Texas Health Resources,
                as assignee of TEXAS HEALTH PRESBYTERIAN,    PO Box 248838,    Oklahoma City, OK   73124-8838
16360718      +E-mail/Text: bkrpt@retrievalmasters.com Dec 23 2014 22:36:01
                American Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
16360734       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 23 2014 22:35:57      Asset Acceptance LLC,
                PO Box 1630,   Warren, MI   48090-1630
16360762       E-mail/Text: secbankruptcy@dallascityhall.com Dec 23 2014 22:34:51      City of Dallas,
                City Hall, 2D South,    Dallas, TX   75277
16360736      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 23 2014 22:37:56
                Credit Collection Service,    PO Box 9136,   Needham, MA 02494-9136
16360738       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2014 22:39:21      Discover Financial Services,
                2500 Lake Cook Road,    Riverwoods, IL   60015
16360706      +E-mail/Text: secbankruptcy@dallascityhall.com Dec 23 2014 22:34:51      Dallas County Tax Office,
                500 Elm Street - Records Building,    1st Floor,   Dallas, TX 75202-3304
16367708      +E-mail/Text: DSLBKYPRO@discover.com Dec 23 2014 22:36:50     Discover Student Loans,
                PO BOX 30925,   Salt Lake City, UT 84130-0925
16360741      +E-mail/Text: bankruptcy@ersinc.com Dec 23 2014 22:37:13     Enterprise Recovery Systems,
                2000 York Road,   Suite 114,    Oak Brook, IL 60523-8863
16360703       E-mail/Text: cio.bncmail@irs.gov Dec 23 2014 22:35:07     Internal Revenue Service,
                Department of the Treasury,    PO Box 30309,   Memphis, TN   38130-0309
16360737      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2014 22:36:06
                Midland Credit Management - Midland Funding LLC,    8875 Aero Drive,    Suite 200,
                San Diego, CA 92123-2255
16360717      +E-mail/Text: bkrpt@retrievalmasters.com Dec 23 2014 22:36:01
                Retrieval Masters Creditor Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1616
16360764       E-mail/Text: appebnmailbox@sprint.com Dec 23 2014 22:35:57      Sprint,    PO Box 54977,
                Los Angeles, CA   90054-0977
16360708       E-mail/Text: bankruptcy@sw-credit.com Dec 23 2014 22:36:14      Southwest Credit Systems, LP,
                4120 International Parkway,    Suite 1100,   Carrollton, TX   75007-1958
16391536       E-mail/Text: bkyelectnotices@tgslc.org Dec 23 2014 22:36:47      TGSLC,    PO BOX 83100,
                ROUND ROCK, TX 78683-3100
16360760       E-mail/Text: txu_legal_collections@txu.com Dec 23 2014 22:36:38      TXU Energy,    PO Box 650700,
                Dallas, TX   75265-0700
16360755       E-mail/Text: bkyelectnotices@tgslc.org Dec 23 2014 22:36:47
                Texas Guaranteed Student Loan Corp.,    PO Box 83100,    Round Rock, TX   78683-3100
16360712       E-mail/Text: pattlowe@texashealth.org Dec 23 2014 22:36:46
                Texas Health Presbyterian Hospital Dallas,    PO Box 910115,    Dallas, TX   75391-0115
16360763      +E-mail/Text: dolores.futrell@twcable.com Dec 23 2014 22:37:03      Time Warner Cable,
                3301 W. Royal Lane,    Irving, TX 75063-6014
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Dallas County,   Linebarger Goggan Blair & Sampson, LLP,    CO Sherrel K Knighton,
               2777 N. Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0539-3          User: brielly            Page 3 of 3            Date Rcvd: Dec 23, 2014
                              Form ID: pdf013          Total Noticed: 80
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2014 at the address(es) listed below:
              Allen   Landerman    on behalf of Creditor    Real Estate Arbitrage Partners, LLC allen@alpclaw.com
              Eboney D. Cobb    on behalf of Creditor    Richardson ISD ecobb@pbfcm.com,
               ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com
              Sherrel K. Knighton    on behalf of Creditor    Dallas County Sherrel.Knighton@publicans.com,
               marcus.coleman@lgbs.com;Candice.Stone@lgbs.com
              Thomas   Powers    cmecf@dallasch13.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              William F. Ritter, IV    on behalf of Debtor Eric Kevin Gormly william@ritterlawworks.com,
               ecf@ritterlawworks.com
              William F. Ritter, IV    on behalf of Joint Debtor Leah Marie Gormly william@ritterlawworks.com,
               ecf@ritterlawworks.com
                                                                                             TOTAL: 7
```