STANDING CHAPTER 13 TRUSTEE
125 E. John Carpenter Freeway
Suite 1100, 11th Floor
Irving, Texas 75062
214-855-9200
214-965-0758 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. **14-35314** |
| | § | |
| **ERIC AND LEAH GORMLY** | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | BARBARA J. HOUSER |

## TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO REINSTATE

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

Comes now, Thomas D. Powers, Standing Chapter 13 Trustee ("Trustee") and files this Response to Debtors' Motion to Reinstate Bankruptcy Case and would show the Court the following:

1.     This Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334.

2.     On or about November 3, 2014, the Debtors filed a Chapter 13 bankruptcy proceeding.

3.     The case was dismissed by the Bankruptcy Court for failure to file the necessary paperwork. To date, neither the Schedules, Statement of Financial Affairs, nor a Chapter 13 plan has been filed.

4.     To date, Debtors are due for the December payment.

5.     Debtors are not eligible to be Debtors under Chapter 13 as their debts exceed the debt limits.

WHEREFORE PEMISES CONSIDERED, Trustee prays the Court deny the

motion and for such other and further relief to which he may be entitled.

Respectfully submitted,

/s/Kathleen Munden_____
Kathleen Munden
Staff Attorney to Chapter 13 Trustee
State Bar No. 00795547

## Certificate of Service

I hereby certify that a copy of the foregoing "Trustee's Response to Debtors' Motion to Reinstate" has been served on the parties listed below:

**Debtors' Attorney:**

Pro Se

**Debtor(s):**

Eric and Leah Gormly
7216 Alto Caro Drive
Dallas, Texas 75248

**Notice(s) of Appearance:**

Allen Landerman PC
6211 West Northwest Highway, Ste C253 D
Dallas, Texas 75225

County of Dallas
Co Linebarger Goggan Blair Et Al
2777 N. Stemmons Frwy, Ste 1000
Dallas, Texas 75207

Richardson ISD
Perdue Brandon Fielder Et Al
500 E. Border Street, Ste 640
Arlington, Texas 76010

To all creditors and parties-in-interest on the mailing matrix.

Dated:  12/31/2014

/s/Kathleen Munden_____
Staff Attorney to Chapter 13 Trustee

ACCESS GROUP INC
10 N HIGH ST STE 400
WEST CHESTER, PA 19380

AES SLMA TRUST
PO BOX 61047
HARRISBURG, PA 17105

AMERICAN EDUCATION SERVICES
PO BOX 2461
HARRISBURG, PA 17105-2461

AMERICAN INFOSOURCE LP
TEXAS HEALTH RESOURCES
PO BOX 248838
OKLAHOMA CITY, OK 73124-8838

AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD, NY 10523

APS SERVICE
1910 PACIFIC AVE
STE 15650
DALLAS, TX 75201

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

ASSET ACCEPTANCE LLC
PO BOX 1630
WARREN, MI 48090

AT & T
PO BOX 5093
CAROL STREAM, IL 60197

ATMOS ENERGY
PO BOX 790311
ST LOUIS, MO 63179

BALANCED HEALTHCARE RECEIVABLES
164 BURKE STREET STE 201
NASHUA, NH 03060

BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998

CAPITAL MANAGEMENT SERVICES
698 1-2 SOUTH OLDEN STREET
BUFFALO, NY 14206

CHASE
PO BOX 15298
WILMINGTON, DE 19850

CITY OF DALLAS
1500 MARILLA 3E NORTH
DALLAS, TX 75201

CORNERSTONE ANIMAL CLINIC
SBB MANAGEMENT
11909 PRESTON RD STE 1456
DALLAS, TX 75230

CREDIT COLLECTION SERVICE
PO BOX 9136
NEEDHAM, MA 02494-9133

DALLAS CENTRAL APPRAISAL DIST
2949 N STEMMONS FRWY
DALLAS, TX 75247-6195

DEBT MANAGEMENT AND COLLECTIONS SYSTEM
US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403

DEUTSCHE BANK ELT
11600 SALLIE MAE AVE
RESTON, VA 20193

DISCOVER FINANCIAL SERVICES
2500 LAKE COOK RD
RIVERWOODS, IL 60015

DISCOVER STUDENT LOANS
JPMORGAN CHASE LB PROCESSING-
DISCOVER SLC LB 28257
4 CHASE METRO TECH CTR 7TH FLOOR EAST
BROOKLYN, NY 11245

DISCOVER STUDENT LOANS
PO BOX 30925
SALT LAKE CITY, UT 84130

DOCTORS REPORTING SERVICES OF TEXAS
800 EAST CAMPBELL ROAD SUITE 399
RICHARDSON, TX 75081

EDFINANCIAL
120 N SEVEN OAKS D
KNOXVILLE, TN 37922

ENHANCED RECOVERY
PO BOX 23870
JACKSONVILLE, FL 32241-3870

ENTERPRISE RECOVERY SYSTEMS IN
2000 YORK ROAD
SUITE 114
OAKBROOK, IL 60523

EVERGREEN MEDICAL BILLING
2929 CARLISLE ST
DALLAS, TX 75204

FACTACT FREE DISCLOSURE
PO BOX 1000
CHESTER, PA 19022

FEDLOAN SERVICING
ATTN: BANKRUPTCY DEPT
PO BOX 69184
HARRISBURG, PA 17106-9184

FMS INC
PO BOX 707600
TULSA, OK 74170

FMS INVESTMENT CORP
PO BOX 1423
ELK GROVE VILLAGE, IL 60009

GC SERVICE
6330 GULFTON
HOUSTON, TX 77081

GLAUCOMA ASSOCIATES OF TEXAS
PO BOX 730475
DALLAS, TX 75373-0475

GOMOW COM
101 SOUTH COIT STE 36 NO 115
RICHARDSON, TX 75080

ICA COLLECTIONS
PO BOX 2240
BURLINGTON, NC 27216

INTEL INVESTIGATIONS
1910 PACIFIC AVE
STE 15650
DALLAS, TX 75201

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JPMORGAN CHASE BANK NA
PO BOX 659754
SAN ANTONIO, TX 78265

LAB CORP OF AMERICA
PO BOX 2230
BURLINGTON, NC 27216

LINZ AND CHANDLER
400 KATY BUILDING 701 COMMERCE ST
DALLAS, TX 75202

MCI
500 TECHNOLOGY DR STE 820
WELDON SPRING, MO 63304

MIDLAND CREDIT MANAGEMENT
8875 AERO DRIVE STE 200
SAN DIEGO, CA 92123

MIDLAND CREDIT MANAGEMENT INC
ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT INC
PO BOX 2011
WARREN, MI 48090

NATIONWIDE CREDIT INC
PO BOX 26314
LEHIGH VALLEY, PA 18002-6314

NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 260928
PLANO, TX 75026

NORTHLAND GROUP
PO BOX 390846
MINNEAPOLIS, MN 55439

ON TIME COURIERS AND PROCESS
1700 PACIFIC AVE STE 1040
DALLAS, TX 75201

PENNSYLVANIA HIGHER EDUCATION
PO BOX 61017
HARRISBURG, PA 17106

PHEAA
PO BOX 1463
HARRISBURG, PA 17105

PHEAA
PO BOX 8147
HARRISBURG, PA 17105

PROCOLLECT INC
PO BOX 550369
DALLAS, TX 75355

RETRIEVAL MASTERS CREDITORS BUREAU INC
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD, NY 10523

RICHARD WELLS
6211 W NORTHWEST HIGHWAY STE 251
DALLAS, TX 75225

RICHARDSON ISD
970 SECURITY ROW
RICHARDSON, TX 75081

SETERUS
PO BOX 2008
GRAND RAPIDS, MI 49501-2008

SHACKELFORD MELTON AND MCKINLE
3333 LEE PARKWAY
10TH FLOOR
DALLAS, TX 75219

SLC STUDENT LOAN TRUST
PO BOX 15316
WILMINGTON, DE 19850

SOUTHWEST CREDIT SYSTEMS
4120 INTERNATIONAL PKWY
NO 1100
CARROLLTON, TX 75007

SPRINT
PO BOX 54977
LOS ANGELES, CA 90054-0977

STATE FARM LLOYDS
PO BOX 799100
DALLAS, TX 75379-9100

TEXAS GUARANTEED STUDENT LOAN
PO BOX 83100
ROUND ROCK, TX 78683-3100

TEXAS HEALTH PRESBYTERIAN
PO BOX 910115
DALLAS, TX 75391

TEXAS MEDICAL RESOURCES
PO BOX 8549
FT WORTH, TX 76124

TEXAS RETINA ASSOCIATES
PO BOX 650037
DALLAS, TX 75265-0037

TGSLC
PO BOX 659602
SAN ANTONIO, TX 78265

TGSLC
PO BOX 83100
ROUND ROCK, TX 78683

THOMSON REUTERS SHARED SRVCS
ATTN: PAYROLL GARNISHMENTS
610 OPPERMAN DR
EAGAN, MN 55123

TIME WARNER CABLE
3301 W ROYAL LN
IRVING, TX 75063-6014

TXU ENERGY
PO BOX 650700

DALLAS, TX 75265-0700

U S DEPARTMENT OF EDUCATION
830 FIRST STREET NE
UNION CENTER PLAZA
WASHINGTON, DC 20202

UNITED MECHANICAL
11540 PLANO RD
P O BOX 551206
DALLAS, TX 75355-1206

VAN RU CREDIT CORP
PO BOX 1027
SKOKIE, IL 60076-1027

WEST ASSET MANAGEMENT
PO BOX 105668
ATLANTA, GA 30348-5761

WILLIAMS & FUDGE INC
300 CHATHAM AVE
PO BOX 11590
ROCK HILL, SC 29731-1590

WINDHAM PROFESSIONALS
PO BOX 1048
SALEM, NH 03079