

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 29, 2015**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                 Case No. 14-35314-BJH-13
ERIC KEVIN & LEAH MARIA GORMLY
   Debtors

### Order Denying Motion to Reinstate

On January 22, 2015 , came on for consideration the Motion to Reinstate filed by the Debtors.

The Court finds that good cause exists for the entry of this Order;  it is therefore

**ORDERED THAT** the Motion to Reinstate is hereby denied.

**### End of Order ###**

Order Denying Confirmation 2010-01,  Page 2
14-35314-BJH-13
ERIC KEVIN & LEAH MARIA GORMLY

Signed:     /s/ Thomas D. Powers
            _____
            Thomas D. Powers, Trustee
            State Bar # 16218700